**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

JOSHUA R. RANGEL, #75351-004                                                PETITIONER

VERSUS                                       CIVIL ACTION NO. 5:09-cv-210-DCB-MTP

UNITED STATES and BRUCE PEARSON                                 RESPONDENTS

**FINAL JUDGMENT**

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed as frivolous, without prejudice, and to the extent that the petition can be construed as a § 2255 motion it shall be dismissed for this Court's lack of jurisdiction, with prejudice.

SO ORDERED AND ADJUDGED, this the   23rd   day of    February   , 2010.


                                                    s/ David Bramlette
                                              UNITED STATES DISTRICT JUDGE